# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kyle Danielson <br> *Plaintiff* <br> v. <br> Commissiner of Social Security <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:18-cv-84 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Report and Recommendation is ADOPTED in full; Commissioner's non-disability determination is REVERSED; matter is REMANDED to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 5/7/2019

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk